IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR CARO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CONELIUS FLUNORY, GUARANTEED EXPRESS INCORPORATED, RYDER SYSTEM, INC. and RYDER TRUCK RENTAL, INC.** | : : : : | **NO. 16-1375** |

## ORDER

**NOW**, this 23rd day of June, 2016, upon consideration of the Motion of Defendants Ryder System, Inc. and Ryder Truck Rental, Inc. to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Doc. No. 16), the responses of plaintiff Victor Caro and defendant Guaranteed Express, Inc., and the reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.